IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARMELA LYNN JACKSON, ) | CIV. NO. 24-00200 HG-RT |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| WILLIAM BRAD PITT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER DENYING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF No. 2)**

**and**

**DISMISSING COMPLAINT WITH PREJUDICE (ECF No. 1)**

On April 30, 2024, Plaintiff Carmela Lynn Jackson, proceeding pro se, filed a Complaint in this Court against Defendant William Brad Pitt.

The Complaint is largely indecipherable.  It contains unintelligible pleadings relating to alleged Native American Tribes and the actor known as Brad Pitt.  The Complaint asks "the Courts to remove William Brad Pitt from [Plaintiff's] energy." (Complaint at p. 6, ECF No. 1).

Plaintiff has filed more than a dozen lawsuits in this District in the last 16 months, usually against celebrities, spouting nonsensical claims and theories that have been dismissed as frivolous.  (See Jackson v. Megan Markle, 23-cv-00060 HG-RT; Jackson v. Johnny Depp, et al., 23-cv-00050 LEK-KJM).

1

Plaintiff's nonsensical theories and delusional rants have no place in this Court, and nothing can be done to cure them. 28 U.S.C. § 1915(e)(2)(B); Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Ashelman v. Pope, 793 F.2d 1072, 1078 (9th Cir. 1986) (no opportunity to amend is required where amendment would clearly be futile).

## CONCLUSION

Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE.**

Plaintiff's Application to Proceed In Forma Pauperis (ECF No. 2) is **DENIED AS MOOT.**

The Clerk of Court is **DIRECTED** to **CLOSE THE CASE.**

No additional filings may be made in this case without leave of Court except for a Notice of Appeal.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 3, 2024.

Helen Gillmor
United States District Judge

Carmela Lynn Jackson v. William Brad Pitt, Civ. No. 24-00200 HG-RT; **ORDER DENYING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF No. 2) and DISMISSING COMPLAINT WITH PREJUDICE (ECF No. 1)**